**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Valorien Renea Harrell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **100 Centre Avenue Condominium Associatio**<br><br>Description of property securing debt: **322 Centre Avenue Norristown, PA 19403-3221  Montgomery County subject to lien - value is based on listing price** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Capital One Auto Finance**<br><br>Description of property securing debt: **2014 Kia Sportage 35,000 miles jointly owned with husband** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Chase Mtg** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ■ No<br><br>☐ Yes |

Debtor 1    __Valorien Renea Harrell__                                    Case number (*if known*) _____

| | | | |
|---|---|---|---|
| Description of property securing debt: | **322 Centre Avenue Norristown, PA 19403-3221  Montgomery County subject to lien - value is based on listing price** | *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |

---

| | | | |
|---|---|---|---|
| Creditor's name: | **Diamond Resorts Financial Services** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Diamond Resorts timeshare. Jointly owned with non-filing spouse.  This timeshare is a "right to use" timeshare and pursuant to the terms of the timeshare it is not an interest in real estate.** | | |

---

| | | | |
|---|---|---|---|
| Creditor's name: | **Diamonds Resorts U.S. Collection** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Diamond Resorts timeshare. Jointly owned with non-filing spouse.  This timeshare is a "right to use" timeshare and pursuant to the terms of the timeshare it is not an interest in real estate.** | | |

---

| | | | |
|---|---|---|---|
| Creditor's name: | **Ditech** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **322 Centre Avenue Norristown, PA 19403-3221  Montgomery County subject to lien - value is based on listing price** | | |

---

| | | | |
|---|---|---|---|
| Creditor's name: | **Mr. Cooper** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **629 N. Forrest Avenue Norristown, PA 19401-5211 Montgomery County rental property - subject to mortgage and lease - value is based on the listing price** | | |

---

| | | | |
|---|---|---|---|
| Creditor's name: | **Stabilis Split Rock JV, LLC** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |
| Description of | **timeshare with Willowbrook at** | | |

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Valorien Renea Harrell**                                          Case number *(if known)*

|  property securing debt: | **Lake Harmony in the Pocono Mountains - vacation reservation/vacation license timeshare, no specific interest in real estate, no deed** | ☐ Retain the property and [explain]: |

---

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Ardent Communities** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Debtor(s) is/are tenants of residential premises located at 600 Tansy Lane, Westerville OH 43081 under a written one-year lease commencing 01/19/2018 and terminating 01/31/2019. Terms are $1,425.00 per month. Debtors are current and intend to assume the lease.** | |
| Lessor's name: | **Buggs, Brook and Ronika** | ■ No<br><br>☐ Yes |
| Description of leased Property: | **Debtor is lessor of residential premises located at 322 Centre Avenue, Norristown, PA 19403 under a month-to-month continuation of a written lease. Rent under the lease is $1,000 per month. Tenants are in arrears and Debtor intends to reject the lease.** | |
| Lessor's name: | **Diamond Resorts Financial Services** | ■ No<br><br>☐ Yes |
| Description of leased Property: | **Maintenance agreement for timeshare. Debtor is not sure if her timeshare has a separate maintenance agreement, or if maintenance is paid for through membership association and timeshare club dues. To the extent there is a separate maintenance agreement, Debtor intends to reject the agreement.** | |
| Lessor's name: | **Stabilis Split Rock JV, LLC** | ■ No<br><br>☐ Yes |
| Description of leased Property: | **maintenance agreement for timeshare. Terms are approximately $400 per year.** | |
| Lessor's name: | **Taylor, Kenyetta and Rayner, Tymee'a** | ■ No<br><br>☐ Yes |
| Description of leased Property: | **Debtor is lessee of residential premises located at 629 Forrest Avenue, Norristown, Montgomery County, PA 19401. Term of the lease is June 24, 2017 through June 24, 2018. Monthly rent is $1,125.00. Tenants are in arrears. Debtor intends to reject the lease.** | |

---

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

Debtor 1     **Valorien Renea Harrell**                                              Case number (*if known*) _____

---

<span style="background-color:black;color:white">Part 3:</span>     **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ Valorien Renea Harrell**                                           X  _____
     **Valorien Renea Harrell**                                                  Signature of Debtor 2
     Signature of Debtor 1


     Date      **April  4, 2018**                                              Date  _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy